# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D17-4564

———————————————

RAY CHARLES BULLARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Thomas V. Dannheisser, Judge.

March 21, 2019

PER CURIAM.

AFFIRMED. *See Sims v. State*, 260 So. 3d 509 (Fla. 1st DCA 2018); *Murphy v. State*, 227 So. 3d 242 (Fla. 1st DCA 2017); *Williams v. State*, 143 So. 3d 423 (Fla. 1st DCA 2014).

LEWIS, ROWE, and MAKAR, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Michael Ufferman of Michael Ufferman Law Firm, P.A., Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, and Benjamin L. Hoffman, Assistant Attorney General, Tallahassee, for Appellee.